____RETAIN ✓ (w/d)

**Wendelin I. Lipp , U. S. BANKRUPTCY JUDGE**   Evidentiary Hrg: Y (N)
Exhibits Filed: Y (N)

PROCEEDING MEMO - ADVERSARY PROCEEDING

*Status Hearing*

Date: 02/22/2017 Time: 10:30

**CASE: 15-00228 Jackson v. Nelson**

Related: 13-29248 Raymon Kevin Nelson

*(Brett Weiss)*

PRO SE Clinton A. Jackson (Plaintiff)
Wendell W. Webster and William C. Johnson Jr. representing Raymon Kevin Nelson (Defendant)

representing James M. Hoffman Cheryl Rose (Trustee)

[1] Adversary case 15-00228. (41 (Objection / revocation of discharge - 727(c),(d),(e))) Complaint by Clinton A. Jackson against Raymon Kevin Nelson . Receipt Number 20089275, Fee Amount $350 . (Attachments: #s1 Complaint)

**FILED BY** : Clinton Jackson

SCHEDULE:

1. Discovery cutoff:_____     6. Pretrial memos/exhibits:_____
2. Dispositive motions:_____  7. Trial times est:__2__days __hrs
3. Status report due:_____    8. Trial date: 7/18/17 + 7/19/17 time: 10 Am
4. Motions hrg. date:_____    9. Expert witness & Rpts:_____
5. Final pretrial hrg: 7/12/17 @ 10 Am  10. Reissue Summons:_____

DISPOSITION:

Granted___ Denied___ Withdrawn___ Default___ Consent___ Under Adv.___

Adjourned / Continued to: ~~illegible~~ at ~~illegible~~ m. Notice: YES / NO

FINAL DISPOSITION:

_____Judgment for Plaintiff(s)_____
_____Judgment for Defendant(s)_____
_____Consent                    _____ Withdrawn/ Dismissed/ Deny
Amount: $ _____         for want of Prosecution
                                 _____ Day Settlement Order
_____Decision Reserved          _____ Moot

_____Default / No Response          _____ Soldiers and Sailors Affidavit Due

_____Show Cause Order               _____ Other:_____

Adjourned / Continued to:_____ at _____.m. Notice: YES / NO

Post Trial Memos Due: Plaintiff:_____ Defendant:_____

DECISION:

    [ ] Signed by Court              [ ] Filed by Counsel
    [✓] To be prepared by:
        [ ] plaintiff's counsel         [✓] Court
        [ ] defendant's counsel         [ ] Other _____

NOTES: