

Wendelin I. Lipp
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| In re:  Raymon Kevin Nelson | * | |
| | * | Case No.   13-29248 WIL |
| | * | Chapter         7 |
| Debtor(s) | * | |
| Clinton A. Jackson | * | |
| | * | |
| Plaintiff(s) | * | |
| vs. | * | Adversary No. 15-00228 |
| | * | |
| Raymon Kevin Nelson | * | |
| | * | |
| Defendant(s) | * | |

## AMENDED
## SCHEDULING ORDER

For good cause appearing, IT IS ORDERED

1.  Discovery is to be completed by **this date has already passed**

2. Expert witnesses and reports are to be disclosed and furnished by **this date has already passed**

3. Dispositive Motions by any party are to be filed by **this date has already passed**

4. A Status Report from counsel setting forth fully the status of the case is due on **this date has already passed**

5. The original and two copies of the exhibit list and exhibits and list of witnesses are to be filed as required by Local Bankruptcy Rule 7016-1 (c) and copies exchanged with opposing counsel by **this date has already passed and exhibits have already been filed.**

### INSTRUCTIONS FOR EXHIBITS REQUIRED TO BE PRE-FILED

Each set of pre-filed Exhibits shall be bound, or in loose leaf cover, and shall begin with the exhibit list identifying each exhibit by number. Each exhibit shall be tabbed by exhibit number.

**IF EXHIBITS ARE NOT PRE-FILED AS REQUIRED BY THIS ORDER, THEY MAY BE EXCLUDED FROM EVIDENCE**.

6. Parties shall file written objections to pre-filed exhibits by **N/A because this date has already passed.** Any party that fails to file a written objection by this deadline will be barred from objecting to the exhibit when it is moved for admission into evidence at trial.

7. All parties must file pre-trial statements in conformity with Local Bankruptcy Rule 7016-1 (b) by **this date has already passed**

8. A final pre-trial conference will be held on **July 12, 2017 at 10:00** a.m. in Courtroom 3-C

9. Trial time estimate **2 days**

10. TRIAL IS SET FOR **July 18, 2017 and July 19, 2017 at 10:00 a.m**. in Courtroom 3-C.

Copies of all pleadings are to be served on the Office of the U.S. Trustee.

cc:   Plaintiff
      Defendant
      Counsel for Defendant

### END OF ORDER