# In the United States Bankruptcy Court for the District of Maryland

In re:

**RAYMON KEVIN NELSON,**

    *Debtor.*

**CLINTON A. JACKSON,**

    *Plaintiff,*

*vs.*

**RAYMON KEVIN NELSON,**

    *Defendant.*

Bankruptcy No. 13-2-9248 WIL

Chapter 7

Adversary No. 15-00228 WIL

**EMERGENCY MOTION TO WITHDRAW APPEARANCE AS COUNSEL**

**Now Come** Chung & Press, LLC, Brett Weiss, and Daniel Press, and pursuant to Local Rule 9010-4, move this Court on an emergency basis to strike their appearance in the above-captioned matters, and state:

1.    Debtor, through prior counsel, filed a Petition for relief under Chapter 11 of the Bankruptcy Code on November 14, 2013. The underlying case was converted to one under Chapter 7 on January 26, 2015. The above-captioned adversary proceeding was filed on May 5, 2015. Counsel herein entered their appearance in the adversary proceeding on February 16, 2017, and, although an appearance was not entered in the underlying bankruptcy case, Counsel filed a Motion for Relief from the Automatic Stay therein on Debtor's behalf on July 3, 2017.[1]

2.    Issues have arisen that make it impossible for Counsel to continue their representation of the Debtor/Defendant. Although Counsel has now been instructed by the Debtor/Defendant not to disclose information regarding the nature of those issues, suffice it to say that the Debtor/Defendant is currently unable to effectively assist or participate in the defense of his case in a meaningful manner. As a result of this and other issues,

---

[1] Debtor has separate counsel in the underlying case, Raquel Green, Esquire. This motion does not affect her continued representation.

Counsel is unable to properly and appropriately represent the Debtor/Defendant in the matters pending in this case, including trial, as a result.

3.      On January 3, 2018, Counsel, believing that he could not continue his representation of the Debtor/Defendant under such circumstances, sent the Debtor/Defendant by e-mail and first class mail, postage prepaid, the written notice required by Local Rule 9010-4(a)(2)(B). A copy of the letter is attached and incorporated as Exhibit #1. After receiving this letter via email, the Debtor/Defendant communicated to Counsel his desire to have Counsel continue to represent him. Counsel informed him that due to the Debtor/Defendants' inability to effectively assist or participate in the defense of his case in a meaningful manner, it would be impossible for Counsel to continue their representation, and that the within Motion would be filed.

4.      The last known address of the Debtor/Defendant is: 6525 Belcrest Road Suite #220 Hyattsville Maryland 20782.

5.      Due to the pending objections due to the Plaintiff's exhibits, the possibility of a hearing on the Plaintiff's Motion for Partial Summary Judgment, and the scheduled trial date on February 6, 2018,[1] Counsel has filed this matter as an emergency motion. Counsel had previously informed the Court and the Debtor/Defendant in other pleadings that this Motion would be filed this date.

**Wherefore,** Counsel pray that this Court withdraw their appearance as counsel for Debtor/Defendant in these matters.

January 10, 2018                                        Respectfully Submitted,

                                                       CHUNG & PRESS, LLC


                                                       By:  _____/s/ Brett Weiss_____
                                                            BRETT WEISS, #02980
                                                            6404 Ivy Lane, Suite 650
                                                            Greenbelt, Maryland 20770
                                                            (301) 924-4400
                                                            brett@BankruptcyLawMaryland.com

---

[1] Although Counsel Brett Weiss had previously filed a Motion to Continue Trial Date, which was denied, the within Motion is not a "back door" attempt to address the issues raised in that Motion. The bases for the filing of the within Motion were not known to Counsel at that time, and the within Motion would have been filed regardless of whether the trial date would have been continued.

**CERTIFICATE OF SERVICE**

𝕴 𝖍𝖊𝖗𝖊𝖇𝖞 𝖈𝖊𝖗𝖙𝖎𝖋𝖞 that on the 10th day of January, 2018, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the above pleading will be served electronically by the Court's CM/ECF system on the following:

Mark J. Friedman, Esquire, Chapter 7 Trustee

𝕴 𝖍𝖊𝖗𝖊𝖇𝖞 𝖋𝖚𝖗𝖙𝖍𝖊𝖗 𝖈𝖊𝖗𝖙𝖎𝖋𝖞 that on the 10th day of January, 2018, a copy of the above pleading was also mailed first class mail, postage prepaid, to:

Clinton A. Jackson
1050 Connecticut Avenue NW, #500
Washington, DC 20036

And a copy was delivered via email to Clinton A. Jackson at caj856@gmail.com

      /s/ Brett Weiss
BRETT WEISS