Entered: January 29th, 2018
Signed: January 26th, 2018

**DENIED**
MOOT.



IN THE UNITED STATES BANKRUPTCY
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **CLINTON A. JACKSON,** | |
| *Plaintiff,* | Adversary No. 15 |
| *vs.* | Chapter 7 |
| **RAYMON KEVIN NELSON,** | **ORDER GRANTING MOTION TO SHORTEN TIME TO RESPOND TO SECOND EMERGENCY MOTION TO WITHDRAW** |
| *Defendant.* | |

**UPON CONSIDERATION** of Motion to Shorten Time and any response thereto, it is, by the U.S. Bankruptcy Court for the District of Maryland

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that any response to the Second Emergency Motion to Shorten Time shall be filed on or before Friday, January 26, 2018 at 4:00 p.m.

cc: Defendant
Defendant's Counsel
Clinton A. Jackson
Chapter 7 Trustee

END OF ORDER